## ARCHER & EPPS, ET AL., v. TRUST COMPANY OF GEORGIA.

(Decided January 20, 1916.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. EDWARD J. GILDER.

GEORGE PEGRAM, for appellant. LONDON & FITTS, for appellee.

THOMAS, J.—No error was committed by the trial court, and the cause is affirmed.

ANDERSON, C. J., MAYFIELD and SOMERVILLE, JJ., concur.